Submitted on record and briefs November 6, 1991, reversed and remanded with instructions to dismiss indictment January 22, reconsideration denied March 18, petition for review allowed August 25, 1992 (314 Or 175)

# STATE OF OREGON,
*Respondent,*

*v.*

# BRIAN WILLARD FERRELL,
*Appellant.*

(C900614CR; CA A69384)

822 P2d 1212

Sally L. Avera, Public Defender, and Eric R. Johansen, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM